NEWYORK,
May, 1816.

MILLON
v
SALISBURY.

MILLON *against* SALISBURY.

IN ERROR, on *certiorari* to a justice's court.

*Salisbury,* the plaintiff below, brought an action against *Millon* for the hire of, and injury done to, a horse belonging to *Salisbury.*

The defendant below hired the horse to go from *Cocksackie* to *Schodack,* and the next day after his arrival at the latter place, the horse was found to be lame in one foot; and the lameness increasing, the defendant below was obliged to leave the horse there, and hire another with which to return. About four weeks after, the horse was brought home, and showed signs of gravel working out above the hoof. There was no evidence of improper treatment of the horse; but, notwithstanding, a verdict and judgment were given for the plaintiff below.

Any damage befalling a chattel while in the hands of a bailee, without his misconduct, and while the chattel is employed in the use for which it was bailed, must be sustained by the bailor. So, if a horse be hired to go a journey, and during the due prosecution of the journey, without any ill treatment by the hirer, become lame, the hirer is not answerable for damages.

*Per Curiam.* *Millon* being a bailee for hire, and chargeable with no ill treatment, and having employed the horse to no other use than that which was expressly agreed on, and paid for, he is not liable for such an injury as the plaintiff below complains of.

As to all accidents naturally incident to the use of the horse, in the manner contracted for, the law imposes the risk on the bailor. Injustice has been done, and the judgment ought to be reversed.

Judgment reversed.